IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-03895-DDD

MANUEL CABERA ARTEAGA,

Petitioner,

v.

JUAN BALTAZAR, Warden, Denver Contract Detention Center, Aurora, Colorado,
MARKWAYNE MULLIN, Secretary of Department of Homeland Security, and
DAVID J. VENTURELLA, Acting Director of U.S. Immigration and Customs Enforcement,

Respondents.

---

FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed October 20, 2026, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is entered in favor of the Petitioner, Manuel Cabera Arteaga, and against Respondents, Juan Baltazar, Warden, Denver Contract Detention Center, Aurora, Colorado, Markwayne Mullin, Secretary of Department of Homeland Security, and David J. Venturella, Acting Director of U.S. Immigration and Customs Enforcement, on Petitioner's Application for Writ of Habeas Corpus.

DATED at Denver, Colorado this 20th day of October, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ Robert R. Keech
Robert R. Keech,
Deputy Clerk